IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOHN MCDONALD | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| ONEBEACON AMERICA INSURANCE | § | CIVIL ACTION NO. 6:11CV136 |
| COMPANY, et al. | § | JURY |
|     Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, ONEBEACON AMERICA INSURANCE COMPANY, and Plaintiff, JOHN MCDONALD, file their Joint Notice of Settlement for the above-referenced cause number. The Parties have reached a settlement of the matters in dispute in this lawsuit that applies as to all named defendants in this matter. Pursuant to the settlement agreement, the parties will file a Rule 41(a) Stipulation dismissing all claims against all defendants.

Accordingly, the parties request an abatement of all deadlines in this matter.

**DATED:** August 15, 2012

                                                                  Respectfully submitted,

                                                                  */s/ Royce S. Lanning*_____
                                                                   Charles T. Kelly
                                                                   State Bar No. 11216840
                                                                   Royce S. Lanning
                                                                   State Bar. No. 24055819
                                                                   Kelly, Smith & Murrah, P.C.
                                                                   4305 Yoakum Blvd.
                                                                   Houston, Texas 77006
                                                                   713/861-9900
                                                                   713/861-7100 fax
                                                                   **ATTORNEYS FOR DEFENDANT,**
                                                                   **ONEBEACON AMERICA INSURANCE**
                                                                   **COMPANY**

        */s/ Gregory S. Porter*
        Charles H. Clark
        State Bar No. 04274000
        Gregory S. Porter
        State Bar No. 24002785
        P. O. Box 98
        Tyler, Texas  75710
        Phone (903) 593-2514
        Facsimile (903) 595-1294
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was accomplished via Certified Mail Return Receipt Requested, on this the 15th day of August 2012, as follows:

*Sent Via Facsimile No: (903) 595-1294*
Gregory S. Porter
CLARK & PORTER
P. O. Box 98
Tyler, Texas  75710

*Sent Via Facsimile No: (713) 840-9404*
Gregory Bryan Godkin
Roberts Markel, PC
2800 Post Oak Blvd
57th Floor
Houston, TX 77056

*Sent Via Facsimile No: (903) 675-6454*
Steve Stark
STARK GROOM LOWE, LLP
110 East Corsicana Street
Athens, Texas 75751

*Sent Via Certified Mail RRR#: 7012 1010 0001 8007 6220*
HDS Transport, LLC
c/o Shane Smith
6415 Southwest Blvd.
Benbrook, Texas 76132

*Sent Via Certified Mail RRR#: 7012 1010 0001 8007 6237*
The HDS Employee Benefit Plan
c/o Shane Smith
6415 Southwest Blvd.
Benbrook, Texas 76132

        */s/ Royce S. Lanning*
        Royce S. Lanning